IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WRIGHT ASPHALT PRODUCTS CO., LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-09-1145 |
| PELICAN REFINING COMPANY, LLC., | § § § | |
| Defendant. | § | |

**ORDER**

The parties have moved for entry of a protective order. There is one aspect of the protective order that gives rise to concern. Paragraph 8 states that a party submitting designated confidential information to the court must do so by filing under seal. But designating a document as confidential in discovery is not sufficient to maintain it under seal. That paragraph should be revised to provide that either with the sealed filing or within a certain period thereafter, the party seeking to maintain the seal must file a separate motion with the court showing good cause to do so.

A revised protective order consistent with this order must be filed by **November 20, 2009** or the parties may file a response showing why no revision is appropriate.

SIGNED on November 9, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge