**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| WRIGHT ASPHALT PRODUCTS CO., LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-09-1145 |
| PELICAN REFINING COMPANY, LLC., | § § § | |
| Defendant. | § | |

**ORDER**

The parties have advised the court that they have reached an amicable and complete

resolution and settlement in this case. This case is stayed and all deadlines are cancelled. Closing

documents are to be filed by **November 16, 2012.**

SIGNED on October 15, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge